NUMBER 13-00-076-CR




COURT OF APPEALS


THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI

___________________________________________________________________


FAVIO FERNANDO LOPEZ, Appellant,


v.


THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 197th District Court

of Cameron County, Texas.

___________________________________________________________________


O P I N I O N


Before Chief Justice Seerden and Justices Dorsey and
Yañez

Opinion by Justice Yañez






 Appellant was indicted for the felony offense of burglary of a
habitation. He pleaded guilty to the charge and was assessed a term
of eight years in the Texas Department of Criminal Justice - Institutional
Division. 

 Appellant's court appointed attorney has filed a brief in which he
has concluded that this appeal is wholly frivolous and without merit. 
Anders v. California, 386 U.S. 738 (1967). The brief meets the
requirements of Anders as it presents a professional evaluation of why
there are no arguable grounds for advancing an appeal. See Stafford v.
State, 813 S.W. 2d 503, 509-10 (Tex. Crim. App. 1991); Lindsey v.
State, 902 S.W. 2d 9,11 (Tex. App. - Corpus Christi 1995, no pet.).

 Counsel states in his brief that he has served a copy of his brief on
appellant and he has advised him by letter of his opinion that the appeal
is without merit but that appellant has the right to review the record
and file a pro se brief. To date, no pro se brief has been filed.

 In Penson v. Ohio, 488 U.S. 75, 80 (1988), the Supreme Court
discussed the responsibilities of an appellate court upon receiving a
"frivolous appeal" brief. The court stated: "once the appellate court
receives this brief, it must then itself conduct 'a full examination of all
the proceeding[s] to decide whether the case is wholly frivolous.'" Id.
(quoting Anders, 386 U.S. at 744). This we have done and we
conclude that the appeal is wholly frivolous. We AFFIRM the judgment
of the trial court.


 ____________________________________

 LINDA REYNA YAÑEZ

 Justice


Do not publish. TEX. R. APP. P. 47.3.


Opinion delivered and filed 

the 1st day of June, 2000.